# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>     Plaintiff,          )<br>                                        )<br>vs.                                     )  Case No. CR-21-58-C<br>                                        )<br>BRANDON ALLEN MCNEILL,                  )<br>     Defendant,         ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Response to the Presentence Investigation Report and Continue the Sentencing Hearing Date(Dkt. 22). Defendant asks the Court to extend the deadline to file response to the Presentence Investigation Report to October 13, 2021, as defense counsel has not yet had an opportunity to meet with Defendant to review the PSR.

Federal Rule of Criminal Procedure 32(f)(1) requires a defendant to "state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report' '[w]ithin 14 days after receiving the presentence report." However, Federal Rule of Criminal Procedure 32(b)(2) expressly permits the Court to alter rule-imposed time limits associated upon a showing of good cause. The Court finds good cause for granting an extension of time.

Accordingly, upon review of the filing, and for good cause shown, the Court hereby **GRANTS** Defendant's Unopposed Motion for Extension of Time to File Response to the Initial Presentence Investigation Report and Continue Sentencing Hearing Date(Dkt. 22) and **STRIKES** the Sentencing Hearing set October 5, 2021 at

10:00 a.m.

**IT IS THEREFORE ORDERED** that Defendant must file any response to the Presentence Investigation Report by October 13, 2021 and the Sentencing Hearing scheduled for October 5, 2021 will be reset upon filing of the final Presentence Report.

**IT IS SO ORDERED** this 28th day of September, 2021.

ROBIN J. CAUTHRON
United States District Judge